**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.dailywire.com/news/now-theyre-turning-schools-and-airports-into-illegal-alien-refugee-camps



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.youtube.com/watch?v=GfnEb1ZlanY&t=78s

