UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO LUZURIAGA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:25-cv-00145 |
| THE DAILY WIRE, LLC | ) ) ) |
| Defendant. | ) |

## ORDER

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. No. 17) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE